FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

2020 NOV 30  PM 4: 40

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

BY_____DEP. CLK

(To be supplied by the court)

Cantrell Johnson _____, Plaintiff

v.

Lockheed Martin _____,

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line.  If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Section B.  Do not include addresses here.)*

---

**EMPLOYMENT DISCRIMINATION COMPLAINT**

---

| **NOTICE** |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. |

## A.     PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Cantrell Johnson 328 Potomac Way 6106   Aurora, CO 80011
(Name and complete mailing address)

800-752-5709;   drcantrellj@gmail.com
(Telephone number and e-mail address)

## B.     DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Lockheed Martin Corporation c/o Ashley Jordaan
(Name and complete mailing address)

Husch Blackwell LLP
1801 Wewatta Street Suite 1000
(Telephone number and e-mail address if known)   Denver, CO 80202

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C.     JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

___X___ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

_____ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

___X___ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

___X___ Other: *(please specify)* Sexual Harassment

**D.     STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Workplace sexual Harassment

The conduct complained of in this claim involves the following: (*check all that apply*)

    \_\_\_\_ failure to hire         \_\_\_\_ different terms and conditions of employment

    \_\_\_\_ failure to promote        \_\_\_\_ failure to accommodate disability

    _X_ termination of employment    _X_ retaliation

    _X_ other: (*please specify*) sexual harassment

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

    _X_ race        \_\_\_\_ religion      \_\_\_\_ national origin      _X_ age

    _X_ color       _X_ sex      \_\_\_\_ disability

Supporting facts:

Additional paper is attached

3

CLAIM TWO: Workplace Discrimination & Harassment

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire                    _X_ different terms and conditions of employment

____ failure to promote              ____ failure to accommodate disability

_X_ termination of employment    _X_ retaliation

____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

_X_ race          ____ religion       ____ national origin       _X_ age

_X_ color        _X_ sex            ____ disability

Supporting facts:


Additional paper is attached

4

## E.   ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

     X Yes  (***You must attach a copy of the administrative charge to this complaint***)

     ___ No

Have you received a notice of right to sue? (*check one*)

     X Yes  (***You must attach a copy of the notice of right to sue to this complaint***)

     ___ No

## F.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

Additional paper is attached

## G.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

11 / 30 / 2020
_____
(Date)

(Revised December 2017)

5

## REQUEST FOR RELIEF

Plaintiff requests the following relief:

1. I demand a jury

2. economic damages

3. compensatory damages

4. willful/punitive damages to the extent allowed by law

5. employment record change

6. issuance of alternate position with appropriate pay grade

7. Letter to creditors and credit agencies

Date: 11/30/2020

_____
(Plaintiff's Original Signature)

328 Potomac Way 6107
(Street Address)

Auroer, CO 80011
(City, State, ZIP)

860-752-5709
(Telephone Number)

(Rev. 07/06)                    6

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | **Cantrell Johnson**<br>**40 Spring Lake Terrace**<br>**Covington, GA 30016** | From: | **Birmingham District Office**<br>**Ridge Park Place**<br>**1130 22nd Street South**<br>**Birmingham, AL 35205** |

| | On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))* | |

| EEOC Charge No. | EEOC Representative | Telephone No. |
| --- | --- | --- |
| **420-2019-03649** | **ANDRE D. WILLIAMS,**<br>**Investigator** | **(205) 651-7015** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Sheri Guenster   Digitally signed by Sheri Guenster
DN: cn=Sheri Guenster, o=EEOC, ou=Birmingham
District Office, email=sheri.guenster@eeoc.gov, c=US
Date 2020.08.25 13:51:56 -05'00'   /for

AUG 3 1 2020

Enclosures(s)

**BRADLEY A. ANDERSON,**
**District Director**

*(Date Mailed)*

cc: **LOCKHEED MARTIN**
**c/o Ashley Jordaan**
**Husch Blackwell LLP**
**1801 Wewatta Street**
**Suite 1000**
**Denver, CO 80202**

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Courts often require that a copy of your charge must be attached to the complaint you file in court.  If so, you should remove your birth date from the charge.  Some courts will not accept your complaint where the charge includes a date of birth.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** **before you file suit** may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.**  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA<br>[X] EEOC | 420-2019-03649 |

| FLORIDA COMMISSION ON HUMAN RELATIONS | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>**DR. CANTRELL JOHNSON** | Home Phone<br>**(860) 752-5709** | Year of Birth |
|---|---|---|

| Street Address<br>**3817 MILLENIA BLVD, APT 303,** | City, State and ZIP Code<br>**ORLANDO, FL 32839** |
|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (*If more than two, list under PARTICULARS below.*)

| Name<br>**LOCKHEED MARTIN** | No. Employees, Members<br>**15 - 100** | Phone No.<br>**(256) 722-4000** |
|---|---|---|

| Street Address<br>**4800 BRADFORD DR NW,** | City, State and ZIP Code<br>**HUNTSVILLE,  AL 35805** |
|---|---|

| Name | No. Employees, Members | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| [X] RACE  [X] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN<br>[X] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION<br>[ ] OTHER *(Specify)* | Earliest **04-23-2018**   Latest **09-13-2019**<br>[X] CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I BEGAN EMPLOYMENT WITH LOCKHEED MARTIN ON APRIL 23, 2018 AS A LOGISTICS ENGINEER. DURING MY EMPLOYMENT I WAS SUBJECTED TO RIDICULE AND UNWELCOMED BEHAVIOR. UPON MY ARRIVAL I WAS PLACED ON VARIOUS TEAMS WITHOUT TRAINING, GIVEN NO EXPLANATIONS OR FEEDBACK REGARDING MY WORK. I WAS WARNED BY A CO-WORKER AND TWO MANAGERS OF THE RACIST BEHAVIOR OF DATA BASE MANAGER, SHARON HERRERA (WHITE). MS. HERRERA WOULD EXCLUDE ME FROM TRAININGS AND TEAM MEETINGS, HOWEVER ALLOWED SIMILARLY SITUATED WHITE FEMALES TO ATTEND TRAININGS AND MEETINGS. NEWLY HIRED YOUNGER EMPLOYEES IN THEIR (20'S) WOULD QUESTION MY ABILITIES TO PERFORM MY JOB BECAUSE I WAS OLDER. I WAS SUBJECTED TO UNWELCOMED SEXUAL COMMENTS BY MALE EMPLOYEES SUCH AS 'DAMN YOU LOOK GOOD IN THAT DRESS', 'MAYBE I CAN HELP YOU GET A PROMOTION', 'DO YOU FIND I'M SEXY' AND 'CAN YOU PLEASE SEND ME A PICTURE?'. I REPORTED THE BEHAVIOR , HOWEVER NO ACTION WAS TAKEN. I CONTINUE TO BE HARASSED ON A DAILY BASIS.

I BELIEVE I HAVE BEEN DISCRIMINATED AGAINST BECAUSE OF RACE (AFRICAN-AMERICAN), COLOR

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Cantrell Johnson on 11-05-2019 11:04 AM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| C H A R G E  O F  D I S C R I M I N A T I O N | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2019-03649 |

**FLORIDA COMMISSION ON HUMAN RELATIONS** _____ and EEOC

*State or local Agency, if any*

(LIGHT-SKINNED), AGE (45YRS OLD), SEX (FEMALE) AND RETALIATION IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED AND IN VIOLATION OF THE AGE DISCRIMINATION IN EMPLOYMENT ACT OF 1967, AS AMENDED.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Cantrell Johnson on 11-05-2019 11:04 AM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation,

proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

D. statement
of
claims
( 16 pages )

D. statement of claims (1 of 16)
CJohnson

# M Gmail

Cantrell Johnson <drcantrellj@gmail.com>

## Re: EXTERNAL: Update/Sexual Harassment Reporting
1 message

**Cantrell Johnson** <drcantrellj@gmail.com>                              Mon, Sep 28, 2020 at 3:47 PM
To: "Sketo, Leah" <leah.sketo@lmco.com>, mary.medeiros@lmco.com

Good afternoon Leah,

Please excuse the delay in my response. I have been working to obtain legal representation, which has
been very difficult, regarding my employment experiences at Lockheed Martin. Once again, I find it
humiliating and insulting that you stated "we were working diligently to find you a new assignment on
campus, which seemed to be an amenable approach for you at the time and it was not until after you
departed that we further discussed your desire not to return to the campus at all. Lockheed Martin made
every attempt to investigate the issues you raised at the time, responded to your complaints to the EEOC,
and has continued to try and find ways to work with you on alternate positions for which you
expressed an interest". This is not true, and we exchanged several emails to the contrary of your
statement. Although LM responded negatively to my EEOC complaint, my experiences at LM did occur.

The report submitted to the EEOC on behalf of LM fails to properly recognize that I received a positive
performance evaluation, as well as Jim Lyons' issuance of a personally signed, positive recommendation
letter.

During the entire course of my employment beginning in April 2018, I was subjected to a hostile work
environment due to both workplace and sexual harassment. This included:

- name calling
- offensive jokes
- intimidation
- mockery and ridicule
- insults & put downs

I reported this continuous behavior and specific occurrences to managers on a consistent basis to no
avail. I was told multiple times that it does not matter if you report your experiences to HR because they
will tell us what you report. I was told that I should accept what was going on because no one looks like
me at the company. Also, I was told that I could not have worked at LM in the past because the men used
to act worse. As previously stated, I was fearful to report the names of specific individuals for stated
reasons. Unfortunately, I cannot provide the names of a few other employees of LM who contributed to
these environments due to the fact I do not know or remember them.

*Specific Occurrences*

- During the entire course of my employment on the Huntsville campus, Larry? consistently
asked me out lunch. I repeatedly said I was not interested.
- Larry repeatedly stopped by my office and stated that my position was not a good fit for me.
He stated that perhaps he could get me a different position to which I could travel international
with him.
- On Valentine's Day 2019, Larry came to my office and stated that he tasted like chocolate
and stated that I should eat him.
- Larry repeatedly stopped by my office, at least once a week to see if I was there and what I
was doing; a co-worker notified me several times that "the creepy old guy" was looking for me.

Case 1:20-cv-03537-GPG    Document 1    Filed 11/30/20    USDC Colorado    Page 15 of 31

*D. statement of claims (2 of 14)*
*(Johnson)*

- Questionable occurrence of Larry taking the same round trip flight in 2019 to and from Birmingham/ Orlando with my daughter and me. My daughter and I traveled there to look for potential apartments.
- Chris Dickerson: Sent numerous dm's on the company messaging platform commenting on physical appearance; one DM specifically asked for a photo.
- I communicated with Chris several times on the company messaging platform dm to have proof of his behavior.
- Chris conducted several in-person visits to which he eventually alluded to wanting to have sex with me; I told Chris his behavior was inappropriate and suggested that he attend counseling.
- Informed by security guard James that there was an in-house bet to amongst however many male employees of who could have sex with me first.
- Male employee asked me if he could visit my home to discuss alternate insurance options.

Could you please state how LM "has continued to try and find ways to work with you on alternate positions for which you expressed an interest"? I am not aware of any activity for any of my applications that I have submitted since last year.

Additionally, could you please state what I should expect next and a timeframe to return to work? I am willing to relocate and/or work remotely on an alternate assignment; my unemployment claim was denied.

Dr. Johnson

On Wed, Sep 9, 2020 at 5:42 AM Sketo, Leah <leah.sketo@lmco.com> wrote:

Cantrell,

Thank you for your email and the additional context. Should you recollect any additional information that you can share that would also be helpful please forward that to me as soon as possible. We take these allegations seriously, and the more information you can provide the more helpful it will be to us. As we discussed when you and I met last year prior to your departure from Huntsville, I expressed my desire to help see you through all of the concerns you brought forward related to your program, leadership, and coworkers at LM. At the time, you were not willing to provide additional information related to details of your concerns, which hindered our team's ability to assess them when they were raised. We also discussed that we were working diligently to find you a new assignment on campus, which seemed to be an amenable approach for you at the time and it was not until after you departed that we further discussed your desire not to return to the campus at all. Lockheed Martin made every attempt to investigate the issues you raised at the time, responded to your complaints to the EEOC, and has continued to try and find ways to work with you on alternate positions for which you expressed an interest. I remain willing to assist and am interested in any additional information you can provide relating to the statements you make below.

Thank you,

Leah

Leah Sketo

Human Resources

(256)217-6264 – desk

(256)653-7438 – cell

*D. Statement of Claims (3 of 16)*
*C Johnson*

**COVID-19 Questions:** *Explore updated resources and information on the Space COVID-19 Employee Toolkit and Corporate-wide resources on COVIDinsights Website*

**From:** Cantrell Johnson <drcantrellj@gmail.com>
**Sent:** Wednesday, September 2, 2020 4:57 PM
**To:** Sketo, Leah (US) <leah.sketo@lmco.com>
**Cc:** Medeiros, Mary (US) <mary.medeiros@lmco.com>
**Subject:** EXTERNAL: Update/Sexual Harassment Reporting

Good afternoon Leah,

To my dismay, I received a response from the EEOC recently not only negating my work experience at LM, but most of all minimizing the fact that I was sexually harassed by more than one person at the Huntsville campus.

I find this troubling for two reasons:

1. Said harassment was reported to Jim Lyons and fellow management and staff members

2. Jim Lyons positively captured my work experience in a written recommendation letter which includes his signature

3. Received positive annual work performance evaluation

4. Never received any informal or formal adverse performance reviews regarding work performance

I was fearful to report the names upon departure for several reasons:

D. statement of claims (4 of 14)

**1. humiliation**

C Johnson

**2. fear of negative consequences**

**3. lack of confidence in HR - due to the fact I was told by management staff member that it would be a waste of time to report anything to HR because HR shares what staff members report to HR**

**This being said, against my will and better judgement, I will disclose the name of my harassers:**

**1. Larry ? (older African American male)- don't know who is employed by or position**

**2. James (African American male)- security guard; informed me that there was an in-house bet amongst several of the male employees for who would sleep with me first**

**3. Christopher ? (African American male)- don't know who is employed by or position**

**As previously stated, I am not willing to return to the Huntsville campus. Unfortunately due to the fact I was out on disability and the pandemic subsequently occurred, I have had no viable way to seek outside employment.**

**I have made an effort to apply to numerous jobs on the LM website both last year and this year, as well as communicated this to HR to no avail.**

**Dr. Johnson**

D. Statement of Claims (5 of 16)
C. Johnson

U.S. Equal Employment Opportunity Commission

Dr. Cantrell Johnson                                    EEOC Charge No. 420-2019-03649

Plaintiff

-vs-

Lockheed Martin Space

Defendant

## AFFIDAVIT

I, Dr. Cantrell Johnson, of Orlando, in Orange, Florida, MAKE OATH AND SAY THAT:

1.   I, Dr. Cantrell Johnson, Affiant, swear or affirm that the statements made herein below are true and accurate to the best of my information, knowledge and belief.

2.   My name is Dr. Cantrell Johnson. I am over the age of 18, competent to make this Affidavit and have direct knowledge of the matters set forth in this Affidavit.

3.   I was a Logistics Engineer Staff at Lockheed Martin Space (the "Company" in Huntsville, Alabama. I have worked for the Company since April 2018.

4.   On June 13, 2019, I resigned from my employment after not receiving no recourse from discussions with Project Engineering Manager, Jim Lyons. I am a seasoned professional and know that it is not best practice to disparage employer in resignation letter.

5.   On July 15, 2019, I was encouraged to and specifically asked to rescind my resignation letter by Coretta Ellison: Jeff Kepley's secretary (notary of Leah Sketo's Affidavit) and asked if would I be willing to speak to Jeff Kepley (campus director) about my concerns at the Huntsville location. She stated that she could make an appointment on his calendar as soon as possible.

Page 1 of 4

D. Statement of Claims
C. Johnson

6.  On July 16, 2019, I met with Leto Sketo and Jeff Kepley in Jeff Kepley's office. Jeff and I began a conversation before Leah arrived. I stated that I was being retaliated against by Sharon Herrera for reporting her to Security for directing me to make and give an unnamed male a DVD with 3,150 files of missile drawings and parts. I stated that I was to coerced to construct the DVD myself and that Sharon stated " I don't care. I just give people what they want". She did not follow any form of Company protocol. I told Jeff Kepley I was willing to come forward since this was matter of national security in relation to working with KSA. There are emails on my company account that substantiate the creation of the DVD and my reporting.

7.  In this same meeting, I expressed that I have been subjected to consistent sexual harassment from several male employees. I stated that I have informed my managers of this to no avail. I expressed that I fear for my life and did not feel safe to divulge the names. I continued with expressing truths about not receiving appropriate and necessary training. I specifically stated that I was being continuously harassed, discriminated and retaliated against. I stated my complaints should not be in any way minimized to only a sexual harassment complaint.

8.  I ended the meeting by stating that I was moving to Orlando, Florida and appreciated any assistance with being transferred out of state to either Florida or Georgia to a different position. I refused a" new work assignment" at the Huntsville, Alabama location. Neither person stated what the "new work assignment" would entail. Jeff Kepley stated HR would be in touch with me after he and Leah discussed the matter.

9.  On July 17, 2019, I notified Leah that I would be homeless if I did not take immediate occupancy of apartment in Orlando.

10. On July 18, 2019, I attended counseling session with therapist and was light headed and dizzy. I had to leave immediately and visit a local urgent care. My blood pressure was dangerously high and I was told to monitor it for several days. I was told that if I was still experiencing distress to call a doctor. No medication was prescribed.

11. On July 19, 2019, I communicated with Leah about my medical crisis and left Alabama to move into apartment in Florida under the advisement of my therapist. I did not leave in lieu of meeting with a senior manager- no meeting was ever scheduled. I asked could I work a virtual schedule due to my health conditions.

12. On July 26, 2019, I went into cardiac arrest at home by myself and was to rushed by ambulance to a local hospital. An assisting firefighter had to determine for me during my incapacitation

Page 2 of 4

D. Statement of claims (478f16)
C. Johnson

which hospital to be transported. During this medical crisis, I was given three nitroglycerin tablets to save my life. I was hospitalized and received subsequent diagnoses of an enlarged heart from prolonged stress, high blood pressure and adjustment disorder.

13. Since July 18, 2019, Lockheed Martin has not provided reasonable disability accommodations which includes Cigna closing my short term disability case days after filing EEOC charge. I was placed on personal leave three times without my permission or signature. My vacation pay was not paid out before being placed on leave although the Company is aware that I have not received a full disability payment since 10.28.2019. The Company made no attempts to assist with me facilitating a transfer until March 2020. I applied to numerous positions before I resigned to no avail. Most recently, I applied for 11 jobs with the company to no avail.

14. I did not return to Hunstville, Alabama on March 2, 2020. I fear for my life.I submitted medical documentation from my PCP substantiating the need for me not to return to Hunstville, Alabama. Lockheed Martin has not acknowledged that it received this communication however, Lockheed Martin extended my personal leave without pay to February 1, 2021.

15. I attended EAP counseling services for this workplace harassment and discrimination from August 2018 to July 2019 in Huntsville and subsequently with employer provided insurance from August 2019 through December 2019. My insurance was canceled with no notification on December 31, 2019 and I have been only able to afford one counseling session and one doctor's visit since January 2020. I was forced to cancel thereafter.

D. Statement of Claims (8 of 16)
C. Johnson

STATE OF FLORIDA

COUNTY OF ORANGE

SUBSCRIBED AND SWORN TO BEFORE
ME, on the 10th day of March, 2020

_(Signature)_

Dr. Cantrell Johnson

Signature

_Michael Carl Spohn_ _____ (Seal)
NOTARY PUBLIC

My Commission expires:
9/15/2023

MICHAEL CARL SPOHN
Notary Public, State of Florida
Commission# GG 913048
My comm. expires Sept. 15, 2023

Page 4 of 4

D. statement of claims (9 of 16)

May 20, 2019

To Whom It May Concern:

I am writing this letter on behalf of Dr. Cantrell Johnson. I've had the pleasure of working with Dr. Johnson since April 2018 at Lockheed Martin Space Systems Company.

During this time, I've witnessed the following personal and professional characteristics from Dr. Johnson:

1. She is very hard working and goes above and beyond the call of duty to get the job done.
2. She is assertive and proactive in her approach to her work.
3. She looks for ways to constantly improve work processes.
4. She is highly organized and motivated.

With the characteristics that I just listed, I can say with certainty that Dr. Johnson will be an asset for any organization she might join. If you have any further questions, the best way to contact me is at jim.d.lyons@lmco.com.

Respectfully,

Jim D Lyons

Project Engineering Manager
Lockheed Martin Space Systems Company

D. Statement of claims
(10 of 10)

Name:              Cantrell Johnson
Incident Number:   11369074-01
Plan Number:       SHD-0985357
Administered By:   Life Insurance Company of North America


Cantrell Johnson
3817 Millenia Blvd Apt 303
Orlando, FL 32839


Young
Cigna
P O Box 29221
Phoenix, AZ 85038-9221


January 23, 2020


To Whom It May Concern,

I am writing this letter to appeal your decision to deny my short/long term disability benefits. I do not agree with an adverse benefit decision. I believe this is unwarranted and there is substantiated documentation to support my serious health condition and the fact that I cannot work until further notice. To arrive at the conclusion that I am not crazy enough and not medicated enough to further ruin my life is astounding. On page 5 of the status of appeal letter it states, "there were understandable symptoms occurring in the context of reported discrimination at work". I have obliged with the submitting the required paperwork to Cigna. Cigna received documentation at the request of Linda Trevino of my adjustment disorder diagnosis from two different mental health providers in both Alabama and Florida. I have attended numerous doctor and therapy appointments since 2018 in both Alabama and Florida. The goal of my treatment is to get better not render my mind useless by mind altering medications to the point of psychiatric hospitalization. My blood pressure has now been stabilized after a false try that make me very sick with one medication and subsequently being switched to another medication of a very high dosage. This would then appear that I don't have issues with high blood pressure, but the fact is that the numbers are only lower because of the medication.

As the record stands, I suffered a cardiac event in July 2019 due to prolonged stress caused by my hostile and dangerous work environment coupled with a diagnosis of adjustment disorder. This hostile and dangerous work environment caused me to flee for my life as a whistleblower and seek refuge in Orlando, FL. The consistent harassment with incessant phone calls and letters from Cigna has made it very difficult to recover let alone recuperate. Lockheed Martin denied my request to be transferred to a position in Orlando, FL and/or either work remotely after reporting the data breach to the site director himself. Lockheed Martin has not even acknowledged yet that I was sexually harassed by several co-workers and has not any made provision for me to transfer to another position in another location to date to ensure my safety. Because of all of this, I have been unable to complete a shift since July 2019 in Huntsville, Alabama.  I was recently informed that I need to look for an alternate position on my own.

1

D. statement of claims

( 11 of 16 )

**LOCKHEED MARTIN**

April 13, 2018

Cantrell Johnson
40 Spring Lake Terrace
Covington, Georgia 30097

Dear Cantrell,

Congratulations! Lockheed Martin is pleased to offer you the position of Logistics Engineer Stf located at 4800 Bradford Drive Huntsville, Alabama 35805, reporting to Jaime Macias. Your annualized base salary will be $100,000.00 which is $1,923.00 per week for all hours worked, unless otherwise indicated herein. You will be paid on Friday of each week.

As a Lockheed Martin exempt level 4 employee, you will be eligible to participate in the Employee Annual Incentive Plan (EAIP) for the **2018 performance year**. Your annual incentive opportunity, under EAIP, will be **0 to 8%** of your base salary, based on your business area and individual performance. You must be in an eligible role as of September 30th to be eligible to receive a payout.

All award payouts are prorated to the day based on your time in an eligible position and are paid in the first quarter following the performance year. Please see the plan document for other various provisions that govern this award. The plan document will be made available after your start date.

You will be provided a $5,000.00 Tax Assisted lump sum relocation package as part of your employment offer. Details on the package are attached. Once Lockheed Martin provides authorization to our relocation vendor Cartus, your relocation counselor will contact you to answer questions and help you navigate the relocation process. Should you voluntarily leave this position, or be terminated for cause, within 1 year of starting your employment you will be required to repay the full amount.

In addition to competitive pay, we offer our employees a comprehensive benefits program, including retirement savings plans, paid vacation, medical, vision and dental plans, and programs focused on your health and wellness. See the attached benefits brochure, as well as the additional details that are provided with this letter, for more information.

Please carefully review the requirements included on all pages of this letter as they contain important information, some of the conditions of employment and other possible contingencies. All offers are contingent upon your satisfactory completion of our pre-employment screening process that includes drug testing, education verification, employment and/or U.S. Government security investigation processing as required for your position. We recommend that you not resign from current employment, if applicable, until the background verification is complete. Failure to satisfactorily complete or an unsatisfactory outcome on any of the contingencies may result in withdrawal of this employment offer. Please be aware that Lockheed Martin is an at-will employer.

D. Statement of claims (12 of 16)

**Please carefully review the important information below:**

Acceptance of this offer will initiate a series of email communications with our background verification vendor Sterling Backcheck that will require your action. The initial email will provide you access to a web portal with full instructions and a request to complete authorization forms. After completion of the authorization forms you will receive email confirmation of your drug screen location.

• Please Note: Your drug screen must be completed within 3 days of receiving the drug screen instructions. If you are unable to meet this time requirement, it may result in withdrawal of this offer unless you contact ds.lmcareers@lmco.com as soon as possible.

• Give consideration to not giving notice to your current employer until we confirm that you have successfully completed the pre-employment contingencies. Once you have completed this process, a member of our team will contact you to schedule your first day of work.

**Security Clearance Requirements**
• Secret

• This position requires a U.S. Government security investigation. Successful determination of eligibility within sufficient time to meet Lockheed Martin business needs is a condition of employment. Please note: the Government is solely responsible for determining eligibility. Failure to obtain and maintain the required eligibility determination may result in termination of this offer and loss of employment.

**Other Contingencies or Addendums:**

• None

We look forward to your acceptance of this offer as soon as possible so we can begin the pre-employment process. This offer will remain open for 5 business days from the date of the letter after which time it will expire. If you are not able to meet this time frame or have additional questions please call me at 856/580-3384. Thank you for your continuing interest in Lockheed Martin.

Sincerely,

Timothy Caulfield
Talent Acquisition
Lockheed Martin
Recruiter
Phone: (856) 914-5706
Email: timothy.s.caulfield@lmco.com

**Offer Acceptance:**

D. Statement of claims

(13 of 16)

Cantrell Johnson
Candidate Name (please print)

Acceptance Signature

4 / 13 / 2018
Date

**ATLAS** FIND YOUR PATH
Lockheed Martin Proprietary Data
**2018 Performance Form for Cantrell Johnson**

*D. Statement of claims
( 14 of 16 )*

## Commitments (70.0%)

Business Commitment
**1.1 Financial**                                                                40% of total score

Deliver high quality products on schedule and within budget

**Leader Rating**
Achieved/ Substantially Achieved

**Comments by Jaime Macias**

Cantrell achieved this commitment by contributing to current THAAD domestic efforts she outlined in her self assessment while we await award of the KSA contract

**Comments by Cantrell Johnson**

Redlined/Updated KSA Life Cycle Sustainment Strategy & Three-Level Maintenance Draft Plan

Created KSA Presentation PowerPoint

Assisted THAAD Training team with New Equipment Training (NET) closeout course review (errors and updates) for BSC, TSG, TFCC course modules

Business Commitment
**1.2 Business Execution & Program Performance**                                 30% of total score

Contribute to product deliveries
Perform scope with the highest ethics and integrity

**Leader Rating**
Achieved/ Substantially Achieved

**Comments by Jaime Macias**
Concur with Cantrell's self assessment

**Comments by Cantrell Johnson**

Redlined/Updated KSA Life Cycle Sustainment Strategy & Three-Level Maintenance Draft Plan

Identified errors and updates to be incorporated into US Training Manual

Constructed 500+ screenshots of TFCC UAE course for upcoming upgrade to support team member

Updating 5 CLS Manuals (Launcher, TFCC, BSC, MSTS & Missile)

Business Commitment
**1 3 1 3 Individual Commitments**                                               30% of total score

Learn how to use THAAD program software applications

**Leader Rating**
Achieved/ Substantially Achieved

**Comments by Jaime Macias**

Cantrell leaned forward and began learning how to use advance functions of publication software (Captivate 7) to support development, editing and updates to training course modules.

**Comments by Cantrell Johnson**

Learned how to use advance functions of Captivate 7 to develop, edit and update course modules

Learned how to use basic 3D data to create RPSTL Graphics and Tech Illustrations that support IETM procedures

## Behaviors (30.0%)

**IC.1. Model Corporate Values**
Do what is right  Respect Others  Perform with excellence
**Leader Rating**
Proficient

**IC 2. Add Value To The Team**
I take action to support an all-inclusive environment by valuing and encouraging diverse perspectives  I energize teammates and build effective relationships through attentive listening, participation and encouragement of ideas. I respect my teammates by delivering on my commitments
**Leader Rating**
Proficient

2018 Performance Form for Cantrell Johnson

D. statement of claims (15 of 16)

IC 3  Be Accountable For Your Tasks

I act with integrity and set the example for others  I am reliable and hold myself and others accountable for actions, results and behaviors  I deliver quality results for my customers  I commit to continuous learning and career development by seeking out challenging assignments and collaborating with others

**Leader Rating**

Proficient

**Behavior Comments**

**Comments by Jaime Macias**

Focuses on team goals and prioritizes her own work to make sure goals are met. She is always there to help others meet their deadlines.

**Comments by Cantrell Johnson**

Display an ability to learn rapidly and adapt quickly to changing situations

Always asks questions and seeks guidance when not sure of what to do

Effectively formulate strategies, tactics, and action plans to drive X results

Provide meaningful information to decision makers that helps in the preparation and implementation of projects

Recognize the needs of others and reach out to lend a helping hand

Establish effective working relationships

Utilize effective time management practices to consistently meet all deadlines

Completed 100% of required Learning Plan Courses

Elected to serve as 2018 Huntsville Space Diversity Day planning committee member

**Acknowledge Mid-Year Discussion**

Did you have a mid-year discussion?               No

**Overall Comments**

Provide overall performance comments below:

**Comments by Jaime Macias**

Demonstrated an ability to learn rapidly and adapt quickly to ever-changing missions and requirements  Acts with integrity, is reliable and holds self and others accountable for actions, results and behaviors

**Comments by Cantrell Johnson**

I act with integrity  I am reliable and hold myself and others accountable for actions, results and behaviors. I deliver quality results  I commit to continuous learning and career development by seeking out challenging assignments and collaborating with others

**Overall Rating**

**Overall Performance Rating**

Achieved/ Substantially Achieved

| | Rating | Weight |
|---|---|---|
| **Commitments** | | 70 0% of total score |
| Financial | Achieved/ Substantially Achieved | 40% |
| Business Execution & Program Performance | Achieved/ Substantially Achieved | 30% |
| 1 3 Individual Commitments | Achieved/ Substantially Achieved | 30% |
| **Behaviors** | | 30 0% of total score |
| IC 1  Model Corporate Values | Proficient | |
| IC 2. Add Value To The Team | Proficient | |
| IC.3  Be Accountable For Your Tasks | Proficient | |

B. STATEMENT OF CLAIMS

**LOCKHEED MARTIN**

Johnson,Cantrell
Emplid: 369714 (10 of 10)

## 2018 - 2019 Compensation Notification

| Name: Johnson,Cantrell | Title: Logistics Engineer Stf |
|---|---|
| Hire/Rehire Date: 04/23/2018 | Manager Name: Macias,Jaime |
| Grade/Salary Plan: E4L / E55 | Salary Range (Min / **Mid** / Max): 83,600 / **111,400** / 139,300 |

| Performance & Compensation Summary | Base Salary Effective Date: 02/23/2019 |
|---|---|
| **2018 Performance Rating: Achieved/Substantially Achieve** | |

| Currency: USD | Amount | Base Salary Increase | Compa-Ratio |
|---|---|---|---|
| Current | 100,000 | | .90 |
| Merit Increase | **1,600** | 1.60 | |
| **2019 Base Salary** | 101,600 | 1.60 | .91 |

**2018 Annual Incentive Payout**                                        **Pay Date: 03/08/2019**

| Plan Name | Base Salary | Prorate Factor | | BA Factor | | Individual Factor | | Award Amount |
|---|---|---|---|---|---|---|---|---|
| EAIP | 100,000 | .69 | X | 100% | x | 3% | = | 2,070 |

**2019 Incentive Plan**                                **Plan Name: Employee Annual Incentive Plan (EAIP)**

| Base Salary | X | BA Factor (Up to 100%) | X | Individual Factor (Up to 8%) | = | Payout |
|---|---|---|---|---|---|---|
| | | | | | | |

**Your payout will vary based on your year-end performance rating.

Please review your Total Value Statement by logging into LMPeople > Pay & Benefits > LM Employee Service Center > My Total Value
No provisions of this notification will be construed as an employment agreement.
LOCKHEED MARTIN PROPRIETARY INFORMATION - PERSONAL INFORMATION

JS 44 (Rev. 06/17)   District of Colorado Form

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

## DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _Adams_
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _Denver County_
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*
Lockheed Martin
c/o Ashley Jordaan
Husch Blackwell LLP   Denver,
1801 Wewatta St Suite 1000   CO 8020

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| X 1 | U.S. Government Plaintiff | ' 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ' 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X | ' 1 | Incorporated *or* Principal Place of Business In This State | ' 4 | X |
| Citizen of Another State | ' 2 | ' 2 | Incorporated *and* Principal Place of Business In Another State | ' 5 | ' 5 |
| Citizen or Subject of a Foreign Country | ' 3 | ' 3 | Foreign Nation | ' 6 | ' 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | X 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | |
|---|---|---|---|---|
| X 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* |

☐ 6 Multidistrict Litigation - Transfer   ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):* Title VII

Brief description of cause: ☐  AP Docket   Employment Discrimination

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   Ⓨ Yes   'No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Colorado

Cantrell Johnson
_____
Plaintiff

v.

Lockheed Martin Corporation
_____
Defendant

)
)
)
)
)
)
)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Lockheed Martin
c/o Ashley Jordaan
Husch Blackwell LLP
1801 Wewatta St Suite 1000 Denver, CO 80202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cantrell Johnson
328 Potomac Way 6106
Aurora, Colorado 80011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*